# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| WILLIAM J. CASSESE, | CASE NO. 12CV0478-WQH-WMC |
|---|---|
| Plaintiff, | ORDER |
| vs. | |
| CITIBANK N.A. and DOES 1-100, | |
| Defendant. | |

HAYES, Judge:

On February 27, 2012, Plaintiff initiated this action by filing a Complaint (ECF No. 1) and a Motion to Proceed in Forma Pauperis. (ECF No. 2). On March 22, 2012, the Court denied Plaintiff's Motion to Proceed in Forma Pauperis. (ECF No. 3). The Court stated that "[n]o later than thirty days from the date of this Order, Plaintiff shall either: (1) pay the requisite $350.00 filing fee; or (2) submit a more detailed and comprehensive motion to proceed in forma pauperis. If Plaintiff fails to submit payment or an amended motion to proceed in forma pauperis the Court will close this case." *Id.*

To date, Plaintiff has not submitted payment or an amended motion to proceed in forma pauperis. Accordingly, the Clerk of the Court is instructed to close this case.

DATED: April 25, 2012

*William Q. Hayes*
**WILLIAM Q. HAYES**
United States District Judge